FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 3 0 2015

CHRISTOPHER A. Ph...c
CLERK _____

Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

Case Number
01-14-00265-CR

| | | |
|---|---|---|
| Jonathan Uribe | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

### Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

_Jonathan Uribe_
Pro se Appellant
Garza West Unit, TDCJ # 1913292
Beeville , Texas 78102

### Certificate of Service

This is to certify that on _7-24-15_ (Date), a true and correct copy of the above and foregoing document was served by mail on:

Bexar County District Attorney's Office,

_Jonathan Uribe_
Pro se Appellant

JONATHAN URIBE # 1913292

Garza West
4250 Hwy 202
Beeville, Tx. 78102

— LEGAL MAIL —

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
27 申 8 2015 申中2 5

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 3 0 2015

CHRISTOPHER A. PRINE
CLERK

**MAIL RECEIVED** First Court of Appeals
301 Fannin Street
77002

7700220699